| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:09-CR-101-01 (RMB) |
|---|---|---|
|  |  | DOCKET NUMBER *(Rec. Court)* <br> 2:25-cr-00185-APG-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br><br> Trevor Williams <br> Las Vegas, Nevada | DISTRICT <br> SOUTHERN DISTRICT OF NEW YORK |  |
|---|---|---|
|  | NAME OF SENTENCING JUDGE <br> Richard M. Berman, Senior U.S. District Judge |  |
|  | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> 9/30/2022    TO <br> 9/29/2027 |

OFFENSE

Felon in Possession of a Firearm, in violation of 18 U.S.C. 922 & 18 U.S.C. 924 (e), Class A Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the *District of Nevada*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the *District of Nevada* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/2/25                     *Richard M. Berman*
*Date*                                           *United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Trevor Williams's supervision from the Southern District of New York to the *District of Nevada*, the sealed records of the Court in the above-styled matter relating to Trevor Williams are unsealed for the limited purpose of transferring those records to the United States District Court for the *District of Nevada* and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

June 25, 2025                         [signature]
*Effective Date*                             *United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Trevor Williams

Case No.: 2:25-cr-00185-APG-NJK

REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

June 24, 2025

TO:   The Honorable United States District Judge
      District of Nevada

On March 29, 2012, Williams was sentenced in the Southern District of New York to 192 months custody, followed by five of supervised release for committing the offense of Felon in Possession of a Firearm. Supervised release commenced in the District of Nevada on September 30, 2022.

Williams has resided in Nevada since commencement of supervised release. He has a strong support system and familial ties in Nevada and plans to reside here for the duration of his supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada in order to address any violation conduct with an appropriate sanction.

Should you have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2025.06.24
12:51:17 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.06.24 12:49:42 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Trevor Williams